IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:11-cv-001059-GEB-EFB
            Plaintiff,               )
                                     )    <u>ORDER CONTINUING STATUS</u>
        v.                           )    <u>(PRETRIAL SCHEDULING)</u>
                                     )    <u>CONFERENCE</u>
Babu T. Patel,                       )
                                     )
            Defendant.               )
_____      )

        Plaintiff states in his Status Report filed August 1, 2011, that he "has filed a Request for Clerk's Entry of Default and anticipates a Motion for Default date in October 2011." (ECF No. 9, 3:12-13.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on September 30, 2011, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on August 15, 2011, is continued to commence at 9:00 a.m. on January 30, 2012. A status report shall be filed fourteen (14) days prior to the status

conference in which Plaintiff is required to explain the status of the default proceedings.

          IT IS SO ORDERED.

Dated:  August 2, 2011

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge